# Court of Appeals
# of the State of Georgia

ATLANTA,  May 06, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1576. MARIO ALBERTO SILVERIO v. THE STATE.**

Mario Alberto Silverio was convicted of burglary, armed robbery, aggravated sexual battery, misdemeanor sexual battery, aggravated assault, attempted burglary, and attempted armed robbery. The trial court sentenced him to an aggregate of six consecutive life terms plus 271 years, also to run consecutively. Silverio filed a motion for new trial, which the trial court denied, and this Court affirmed on direct appeal. *Silverio v. State*, 306 Ga. App. 438 (702 SE2d 717) (2010).

In March 2025, Silverio filed a "Motion for Void Sentence Failure to Arraign." The trial court denied the motion, and Silverio filed an application for discretionary review, which this Court denied. Case No. A25D0339 (Apr. 14, 2025). Silverio also filed the instant direct appeal of the trial court's ruling. We lack jurisdiction for two reasons.

First, "the denial of an application for discretionary appeal is an adjudication on the merits of the underlying order and acts as res judicata in subsequent proceedings," *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007), and this Court's denial of Silverio's discretionary application therefore bars the instant appeal. Second, "a petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case," and an appeal from a trial court's ruling on such a request is subject to dismissal. *Harper v. State*, 286 Ga. 216, 218 (1) & (2) (686 SE2d 786) (2009). Silverio's "Motion for Void Sentence Failure to Arraign" was in substance a motion to vacate his convictions based on an alleged failure to arraign him.

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,___05/06/2025_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*